# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Martha Castellanos,<br>    Plaintiff,<br><br>        v.<br><br>Jaxco Industries, Inc. d/b/a Charleston Wrap,<br>    Defendant. | CASE NO.: 2:20-cv-04303-BHH-MHC<br><br><br>**STIPULATION OF DISMISSAL** |

The Plaintiff, Martha Castellanos and Defendant Jaxco Industries, Inc. d/b/a Charleston Wrap (collectively "Parties"), through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(A)(ii).

Dated: January 26, 2022

/s/ Allan R. Holmes
Allan R. Holmes, Federal I.D. #1925
Rebecca J. Wolfe, Federal I.D. #12634
GIBBS & HOLMES
Suite 110, 171 Church Street
Charleston, South Carolina 29401
Phone: (843) 722-0033
Facsimile: (843) 722-0114

**ATTORNEYS FOR THE DEFENDANT**

/s/ Edward J. McAlpine, III
Edward J. McAlpine, Federal I.D. # 13532
The Wigger Law Firm
8086 Rivers Avenue, Suite A
North Charleston, SC 29406
Telephone: (843) 553-9800
Facsimile: (843) 553-1648

**ATTORNEY FOR THE PLAINTIFF**